**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | |
| **Peter Suart,** | **Case No. 26-00113-ELG** |
| **Alleged Debtor.** | **Involuntary Chapter 7** |

---

## APPOINTMENT OF INTERIM TRUSTEE

---

Pursuant to 11 U.S.C. § 303(g), **H. Jason Gold** is hereby appointed interim Trustee for the estate of the above-named alleged Debtor in this involuntary chapter 7 case.

Date: March 18, 2026

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: */s/ Michael T. Freeman*
Michael T. Freeman
Virginia State Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
Michael.T.Freeman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2026, I electronically filed the foregoing notice with the Clerk of the Court and transmitted a true and correct copy of said document electronically through the electronic case filing system or by first class United States mail, postage prepaid to the following:

Charles J. Brown on behalf of Alleged Debtor Peter Stuart
Gellert Seitz Busenkell & Brown, LLC
1201 N Orange Street
Suite 300
Wilmington, DE 19801

Catherine Keller Hopkin chopkin@yvslaw.com, yvslawcmecf@gmail.com; r39990@notify.bestcase.com;pgomez@yvslaw.com;kreese@yvslaw.com;hopkincr39990@notify.bestcase.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

*/s/ Robert W. Ours*
Robert W. Ours
Paralegal Specialist