**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy Case |
| Peter Stuart, | ) No. 26-00113-ELG |
| | ) Chapter 7 |
| Debtor. | ) |

**TRUSTEE'S OPERATING REPORT FOR PERIOD**
**MAY 19, 2026 THROUGH JUNE 21, 2026**

H. Jason Gold, Chapter 7 Trustee ("Trustee"), submits this Operating Report for the period commencing May 19, 2026 and ending June 21, 2026 attached hereto.

Respectfully submitted,

H. JASON GOLD, TRUSTEE

By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
901 15th Street NW, Suite 1200
Washington, DC 20005
Tel: (202) 689-2800
Fax: (202) 689-2860
Email: dylan.trache@nelsonmullins.com

By: /s/ Dylan G. Trache
Dylan G. Trache, DC Bar No. 476318

*Counsel to the Chapter 7 Trustee*

**Case Status Report**
**Peter Stuart, 26-113-ELG**
**June 2026**

On March 18, 2026, the undersigned was appointed Interim Trustee.[1] On March 19, 2026, the Bankruptcy Court entered the Order Directing the Appointment of an Interim Chapter 7 Trustee Pursuant to 11 U.S.C. 303(g). Upon appointment, the Trustee took the necessary actions to gain an understanding of as many of the pending issues, including real estate and business activities and investor issues. This report covers from May 19 through June 21, 2026. While not be an exhaustive list of every activity, the report is intended to provide a summary of the key activities.

Significant Activities in Connection with the Case

On June 10, 2026, the Court conducted a hearing on the Motion to Dismiss the Case. On June 12, 2026, the Court entered an order denying the Motion to Dismiss the case (Doc 132) and entered an Order for Relief in an Involuntary Case (Doc 133). The undersigned was thereafter appointed as the Chapter 7 Trustee on June 15, 2026.

During the pendency of these proceedings, the Trustee focused on the most pressing issues, specifically the negotiations and closings on the sales of Michigan Liquors, 3934 12th Street LLC and 1240 Mount Olivet Road LLC, as well as investigating potential sources of cash. The Trustee also took steps to engage a CPA firm in connection with certain entities involved in the aforementioned transactions.

Bank Funds

The Trustee continues to investigate and pursue any bank deposits or cash that could be available to the bankruptcy estate or any of the related entities.

Tax Status

The Trustee has engaged TKR Accountants and Advisors, the CPA firm that has previously been engaged by several of the entities for the purpose of preparing the 2025 and 2026 tax returns and K-1's for several of the entities.

Creditor List

The Trustee's counsel and advisors are compiling a list of the potential creditors and equity holders for the related entities.

[1] Hereafter, the Interim Trustee shall be referred to as the Trustee.

**Entity Summary**

OTD 3934 12th Street, LLC / Michigan Liquors

This transaction closed on June 5, 2026 consistent with the Order Granting Motion to Authorize Interim Trustee to Consummate Michigan Liquor Sales Transactions (Doc. 113) entered on May 21, 2026.

The Trustee is in the process of reviewing claims against these entities and anticipates filing with the Court a proposed distribution.

The Trustee has also made demand to Premium Title to turn over a $50,000 deposit from a contract default by a previous contract purchaser.

ORC 2229 M Street, LLC

The property that was the primary asset in this entity – 2229 M Street, NE, Washington, DC – was sold prior to the bankruptcy filing. Certain funds are due back to the selling entity by the purchaser upon the granting of a HUD based loan for which the purchaser has applied. There may be other sources of funds that could become available to the entity and the Trustee. (See also the prior Operating Report filed on 5-21-2026.)

OTD 1240 Mount Olivet Road

This investment consists of an Easy Space Storage ("ESS") facility located at 1240 Mount Olivet Road, NE, Washington, DC. The property is managed by ESS. ESS provides all staffing and business activities at the property as a turn-key investment. While the business is in a good location for the services provided, the business struggled with paying the mortgages held by ESS. As a result, the mortgages are in default, resulting in very high interest rates ranging from 12% to 14% on nearly $12 million in secured debt and the business is not cash flow positive.

Upon the advice of the Trustee's real estate advisor who investigated the merits of the $15.9 million sales price, and the value of the business and real estate, the Trustee determined it was in the best interest of the estate to proceed to closing with the pending contract. After multiple extensions and contract term negotiations, the contract was finalized and approved by the Court on May 27, 2026. The contract is required to close on the earlier of 30 days from the entry of an approved sale order or July 10, 2026.

The closing is now anticipated to occur on or about June 24, 2026.

OTD 2106-2108 Vermont Ave LLC

This investment is a multi-unit co-living property known as Cassel by Nest DC. Located in the Shaw / U Street Corridor, the property provides private rooms with common living spaces. The loan is in default, and the lender has initiated foreclosure proceedings. Nest received a 30-day notice to

terminate the management agreement from the loan servicer Willow River. While the property remains stable at nearly 100% occupancy, the loan payments are in arrears and there's no recoverable equity in the property. The Trustee continues to investigate if any value exists in the entity for the bankruptcy estate.

<u>OTD 410-412 Richardson, LLC</u>

This investment is a co-living space known as Richardson by Nest DC. Located in the Shaw/Truxton Circle area, the property consists of 24 bedrooms across 4 units. The loan is with First Virginia Community Bank, and no principal payments are being made. Based on the valuation analysis by the Trustee's advisors, this property, and 3431 13th Street, LLC (noted below) have no equity. The secured debt on both properties is approximately $9.5 million and the value of both properties is believed to be $5.6 million.

<u>OTD 3431 13th Street, LLC</u>

This investment is a co-living space known as Monroe by Nest DC. Located in the Columbia Heights area, the property consists of approximately 40 bedrooms. The loan is with First Virginia Community Bank. As noted above, this property and Richardson combined have no equity.

<u>Remaining Entities</u>

The Debtor may or may not have an equity interest in multiple other investments, including but not limited to the following entities 1101 N Arthur Ashe Blvd Investment, LLC, 1101 N Arthur Ashe Blvd LLC, 1306 Newton St NE LLC, OTD 1126 9th Street, NW LLC, 221 Vine Street NW LLC, ORC KP Boulevard LLC and Thirteen Partners Private Equity 9, L.P.

Respectfully submitted,

H. Jason Gold, Chapter 7 Trustee
In Re: Peter Stuart, 26-113-ELG, District of Columbia Bankruptcy Court